# Exhibit A



*Melissa R. Henry*

**CLERK OF COURT**
22nd Judicial District Court
Parish of St. Tammany



Save Time and **E-FILE!** VISIT WWW.STTAMMANYCLERK.ORG
This outgoing fax confirmation phone number does not accept fax filing

DATE OF CONFIRMATION: 08/10/2022        FROM: St. Tammany Parish Clerk of Court

TO: JOHN M ROBIN                         PHONE: 985-809-8700

FILING PARTY: PAUL I GUIDRY              FAX: 985-809-8777

FAX#: 985-893-2511

DATE FAX FILING RECEIVED: 08/10/2022

SUIT CAPTION: PAUL I GUIDRY ET AL VS STRYKER CORPORATION

DOCUMENT RECEIVED: PETITION FOR WRONGFUL DEATH

2022-13613 E
FILED
AUG 11 2022
MELISSA R. HENRY - CLERK
Deputy
Shannon Ussery, Deputy Clerk

☐ Duplicate    ☐ Incomplete

SUIT NUMBER: 2022-13613 E               **TOTAL AMOUNT DUE: $300.00**

**RECEIPT OF TRANSMISSION**

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING TO ENSURE THAT THE ORIGINALS ARE FILED IN THE SAME SUIT AS THE FAX FILING.
**PLACE NEW SUIT NUMBER ON ALL PLEADINGS.**

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.  Any **document** in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions, and the clerks of court shall not intentionally turn off or disconnect the equipment used to receive facsimile filings. *Filing shall be deemed complete on the date and time indicated on the clerk of court facsimile transmission receipt.* No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this Section.

B.  Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:

    (1) The original document identical to the facsimile filing in *number of pages and in content of each page including any attachments, exhibits, and orders.* A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.

    (2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $15.00 and (c) fee for filing of the original pleadings.)

    (3) A transmission fee of five dollars.

C.  **If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.
**ATTENTION FILING CLERK**
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

P.O. Box 1090 Covington LA 70434 (985) 809-8700

# LAW OFFICES
# JOHN M. ROBIN
### A PROFESSIONAL LAW CORPORATION
600 COVINGTON CENTER, COVINGTON, LOUISIANA 70433
(985) 893-0370    FAX: (985) 893-2511
EMAIL: johnmrobin@johnmrobinlaw.com

---

**JOHN M. ROBIN**　　　　　　　　　　　　　　　　　　　　　　　　**CATHERINE M. ROBIN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ZACHARY D. RHODES**

August 11, 2022

**Hand Delivered**

2022-13613 E
FILED
AUG 1 1 2022
MELISSA R. HENRY - CLERK
Deputy
Shannon Ussery, Deputy Clerk

Clerk of Court
Parish of St. Tammany
701 N. Columbia Street
Covington, LA 70433

RE:   Paul I. Guidry, et al vs. Stryker Corporation
　　　22nd JDC, Parish of St. Tammany, No. 2022-13613, Div. E

Dear Clerk:

Enclosed please find original and one copy of Petition by Children for Death of Their Father; Survival Action and Wrongful Death which was previously fax filed with your office.

Also enclosed is Check No. 14139 in the amount of $300.00 representing payment of the above filing per the enclosed Receipt of Transmission. Please prepare petition for long arm service and return to our office.

Thanking you for your assistance and handling.

　　　　　　　　　　　　　　　　Yours very truly,

　　　　　　　　　　　　　　　　*/s/ John M. Robin*

　　　　　　　　　　　　　　　　JOHN M. ROBIN

JMR/tpm

Enclosures

2022 AUG 11 P 2: 39
MELISSA R. HENRY
CLERK OF COURT
ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD

**22ND JUDICIAL DISTRICT COURT PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2022-13613                                                                                      DIVISION "E"

**PAUL I. GUIDRY, KATHY G. THOMPSON AND JAMIE D. FRAZIER ON BEHALF OF HIS MOTHER, JUNE G. FRAZIER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EARLY JOSEPH GUIDRY**

**VERSUS**

**STRYKER CORPORATION**

FILED: August 11, 2022                                        _____
                                                                                    CLERK
                                                                     Shannon Ussery, Deputy Clerk

**PETITION BY CHILDREN FOR DEATH OF THEIR FATHER;**
**SURVIVAL ACTION AND WRONGFUL DEATH**

NOW COME, Plaintiffs, Paul I. Guidry, Kathy G. Thompson and Jamie D. Frazier, on behalf of his mother, June G. Frazier, individually and on behalf of the decedent, Early Joseph Guidry, by and through undersigned attorneys, who file this Petition against Defendant, Stryker Corporation, and aver in support thereof the following:

1.

Parties

1. Plaintiff, Paul I. Guidry, a person of the full age of majority and a resident of the State of Louisiana; Paul I. Guidry is the natural son of decedent, Early Joseph Guildry;

2. Plaintiff, Kathy G. Thompson, a person of the full age of majority and a resident of the Parish of Lafourche, State of Louisiana; Kathy G. Thompson is the natural daughter of decedent, Early Joseph Guidry;

3. Plaintiff, Jamie D. Frazier, on behalf of his mother, June G. Frazier, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana; June G. Frazier is the natural daughter of decedent, Early Joseph Guidry;

4. Stryker Corporation (hereinafter referred to as "Stryker") a Michigan corporation, authorized to do and doing business in the State of Louisiana

**FAX FILED**
8/10/2022

2.

On or about September 2, 2021, decedent Early Joseph Guidry, was being transported to Lakeview Regional Medical Center ("Lakeview") by the St. Tammany Parish Fire District No. 4 ("STPFD#4"), in an ambulance equipped with a Power Pro XT cot, which was manufactured, designed, assembled, tested, taken to market, promoted, advertised and/or distributed by defendant, Stryker.

3.

Upon arrival at Lakeview, the Power-Pro XT cot to which Early Guidry was confined, failed to perform and/or malfunctioned and fell over, which caused, Early Guidry, severe personal injuries, which resulted in his wrongful death.

4.

Mr. Guidry suffered serious injuries and death due to the negligence of Stryker and died on September 3, 2021.

5.

Petitioners in no way caused or contributed to the cause of this death, or resulting damage and injuries.

6.

Defendants, Stryker are liable to petitioners under LRS 9:2800.51-2800.59 known as the Louisiana Products Liability Act, which is pled as if copied in extenso.

7.

All defendants are liable to petitioners under LCC Article 2315 et. seq. for negligence as set forth above.

8.

Defendants, Stryker had a duty to use reasonable care in designing, manufacturing, testing, labeling, packaging, taking to market, marketing, promoting, selling, advertising, formulating warnings, actually warning, and/or distributing their products.

9.

Upon information and/or belief, a loose-end of the Power-Pro XT's waist restraint held the safety bar in the up-release position. This prevented the safety bar from tracking along the box deck and catching the safety hook. As a result, the safety bar passed over the safety hook allowing the cot load wheels to unexpectedly travel beyond the box threshold before the transport wheels contacted the ground, causing the cot and the victim, Early Guidry, to tip over.

10.

The foregoing accident, injuries and death of Early Guidry was the result of the defective design fo the Power Pro XT cot, which included but is not limited to, the actual design of the Power Pro XT cot as well as the failure to warn users and consumers of the proper use of the Power Pro XT cot.

11.

Petitioners further contend that defendants are liable to them for reasonable damages which resulted from this accident, with the damages as follows: medical expenses, funeral expenses, physical pain and suffering of Early Joseph Guidry prior to his death, mental anguish, and damages for loss of love and affection, society and companionship due to the wrongful death of their father, Early Joseph Guidry.

WHEREFORE, petitioners pray for judgment against defendant, Stryker, for a sum of money commensurate with the damages herein, together with legal interest thereon from the date of judicial demand, and for all costs of this suit and for all general and equitable relief.

Respectfully submitted,

JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES (LSBA #38063)
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, LA  70433
Telephone:  (985) 893-0370
Facsimile:  (985) 893-2511
Johnmrobin@johnmrobinlaw.com

SERVICE INSTRUCTIONS ON FOLLOWING PAGE

3

**PLEASE SERVE VIA LONG ARM:**

**Stryker Corporation**
2825 Airview Blvd
Portage, MI 49002, USA

4

August 12, 2022

John M Robin
Attorney at Law
600 Covington Centre
Covington, LA 70433-2962

Re:  Paul I Guidry et al
  VS. 2022-13613 Division E
  Stryker Corporation

Dear Counsel or Self Represented Litigant:

Enclosed please find Citation along with certified copies of the Petition by Children for Death of Their Father; Survival Action and Wrongful Death being returned to you per your request for service on Stryker Corporation, by Louisiana Long Arm Statute.

**After service has been made please file the necessary paperwork with our office as proof of service.**

Sincerely,

*Katie Gilly*
Katie Gilly
Deputy Clerk

|  |  |
|---|---|
| **Paul I Guidry et al** | **22nd Judicial District Court** |
| **VS  2022-13613 Division E** | **Parish of St. Tammany** |
|  | **State of Louisiana** |
| **Stryker Corporation** |  |

**TO THE DEFENDANT:  <u>Stryker Corporation, 2825 Airview Blvd Portage,  MI  49002, USA</u>**

### VIA LOUISIANA LONG ARM STATUTE

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   11th day of August, 2022.

*Melissa R. Henry*, Clerk of Court

BY:   *Katie Gilly*
          Katie Gilly, Deputy Clerk

Issued: 08/12/22

**Counsel or Pro Se:**
John M Robin
Attorney at Law
600 Covington Center
Covington, La 70433

Received on _____, 2022, and on _____, 2022 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff

Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

## 22ND JUDICIAL DISTRICT COURT PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NO. 2022-13613                  DIVISION "E"

**PAUL I. GUIDRY, KATHY G. THOMPSON AND JAMIE D. FRAZIER ON BEHALF OF HIS MOTHER, JUNE G. FRAZIER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EARLY JOSEPH GUIDRY**

**VERSUS**

**STRYKER CORPORATION**

FILED: SEP 1 4 2022

**CLERK**
Charmaine D. Holden, Deputy Clerk

### AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ST. TAMMANY**

BEFORE ME, the undersigned notary public, personally came and appeared:

**THERESE MASON**

who, first being duly sworn by me deposed and said:

On or about August 24, 2022, she mailed a Petition for Damages with regard to the captioned proceedings, by certified mail #7020 1290 0002 1976 9423, return receipt requested to Stryker Corporation, 2825 Airview Blvd., Portage, MI 49002, in order to effectuate service of same through the Louisiana Long-Arm Statute.

On September 6, 2022, the return receipt was received by the Office of John M. Robin, and was signed as being received by Pat Flynn on behalf of Stryker Corporation on August 29, 2022. A photocopy of the receipt is attached hereto and made a part hereof.

**THERESE MASON**

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 8th DAY OF SEPTEMBER, 2022.

NOTARY PUBLIC John M Robin
Louisiana Bar #11341

Case 2:22-cv-03459-WBV-DPC   Document 1-1   Filed 09/23/22   Page 11 of 11

